UNITED STATES ex rel. Joe VOLPE v. J. M. McCAULEY, Warden Washington State Penitentiary.

UNITED STATES ex rel. James BEEBE v. J. M. McCAULEY, Warden Washington State Penitentiary.

UNITED STATES ex rel. Clayton S. WICKLAND v. J. M. McCAULEY, Warden Washington State Penitentiary.

Nos. 1476, 1490, 1500.

District Court, E. D. Washington, S. D.

July 8, 1937.

E. D. Phelan, of Seattle, Wash., for petitioner.

G. W. Hamilton, Atty. Gen., and W. A. Toner, Asst. Atty. Gen., for respondent.

PER CURIAM.

The above cases present exactly the same questions as those discussed and disposed of in the foregoing memorandum (McCoy v. McCauley [D.C.] 20 F.Supp. 200), and the same order will be entered therein.